IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH U. ONOH,

    Plaintiff,

v.

CITIGROUP, FIDELITY MORTGAGE LLC, HOMEQ SERVICING, WELLS FARGO BANKA, N.A., and all other persons currently unknown claiming any legal or equitable interest in the Trust Property, and DOES ONE through ONE HUNDRED, inclusive,

    Defendants.
    /

No. C 09-02481 WHA

**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER**

After determining that the trustee sale is set for noon or 1:30 p.m. on June 9, 2009, at the Alameda county courthouse and ascertaining that defendants are aware and have been served with the *ex parte* motion for temporary restraining order filed by plaintiff on June 5, 2009, the Court **SETS** the following briefing schedule:

1. Defendants shall file its response to the motion by **3:00 P.M. JUNE 8, 2009;** and

2. Hearing is set for **9:00 A.M. ON JUNE 9, 2009,** in Courtroom 9 of the federal courthouse, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: June 8, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE