IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH U. ONOH,

    Plaintiff,

  v.

CITIGROUP, *et al.*,

    Defendants.

No. C 09-02481 WHA

**ORDER GRANTING TEMPORARY RESTRAINING ORDER PROHIBITING TRUSTEE SALE**

    Plaintiff filed an ex parte application for a temporary restraining order. A June 8 order set the hearing for June 9, 2009 at 9 a.m. Plaintiff's counsel appeared in person for the hearing. Defendant's counsel did not. Instead, without prior permission, he attempted to appear telephonically after the clerk called him. Due to defendant counsel's failure to appear in person, a further hearing on this matter will be held on **FRIDAY, JUNE 12, 2009 AT NOON**. Counsel for both parties must appear for the hearing in person in Courtroom 9 of the federal courthouse at 450 Golden Gate Avenue, San Francisco, California.

    Having reviewed the papers, plaintiff's request for a temporary restraining order is hereby **GRANTED**. This order enjoins any trustee sale of the property located at 4531 Deer Lane, Antioch, California 95431 until a further hearing and order issues.

    **IT IS SO ORDERED.**

Dated: June 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE