1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH U. ONOH,

     Plaintiff,

   v.

CITIGROUP, FIDELITY MORTGAGE LLC,
HOMEQ SERVICING, WELLS FARGO
BANKA, N.A., and all other persons currently
unknown claiming any legal or equitable
interest in the Trust Property, and DOES
ONE through ONE HUNDRED, inclusive,

     Defendants.

_____/

No. C 09-02481 WHA

**ORDER RE SCHEDULE FOR
PRELIMINARY INJUNCTION**

The stipulated stay of the trustee's sale pending a full hearing on preliminary injunction
is **APPROVED** and the hearing on this coming Friday is **VACATED**.  A hearing on plaintiff's
motion for a preliminary injunction is set for **JULY 30, 2009 AT 8 A.M.**  Plaintiff's moving
papers in support of her motion shall be filed and served not later than **JUNE 25, 2009**.
Defendants' opposition is due no later than **JULY 9, 2009**, and plaintiff's reply is due no later
than **July 16, 2009**.

In light of the comments and courtesy of Attorney Terbeek, no sanctions shall be
imposed for Attorney Piccuta's failure to appear.  Also, the Court now believes that the short
notice contributed to the failure to appear.  Attorney Piccuta, being out of the district, may not
have had adequate time to make travel arrangements, so no sanction will be imposed.  All

attorneys and parties should appear in person, including the plaintiff and a corporate

representative, for the July 30 hearing.

**IT IS SO ORDERED.**

Dated:  June 11, 2009.

_____

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2