IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELIZABETH U. ONOH,

    Plaintiff,

  v.

CITIGROUP, *et al.*,

    Defendants.
                                 /

No. C 09-02481 WHA

**ORDER DISMISSING CASE**

On July 27, 2009, plaintiff's claims were dismissed with leave to amend. The deadline for plaintiff to file a motion seeking leave to amend was August 7, 2009 at Noon. The deadline has passed and no such motion has been filed. Therefore, this action is now **DISMISSED WITHOUT LEAVE TO AMEND.** Judgment shall be entered.

**IT IS SO ORDERED.**

Dated: August 10, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE